```
A CERTIFIED TRUE COPY
       ATTEST

By Tarrell L. Littleton on Jun 02, 2010

   FOR THE UNITED STATES
    JUDICIAL PANEL ON
  MULTIDISTRICT LITIGATION
```

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 18, 2010**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**

JUN - 9 2010

**CONDITIONAL TRANSFER ORDER (CTO-25)**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 432 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

    Jun 02, 2010

     CLERK'S OFFICE
     UNITED STATES
    JUDICIAL PANEL ON
  MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _Teresa Brinkley_
                Deputy Clerk
Date  6/9/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                        MDL No. 2100

### SCHEDULE CTO-25 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 10-1988 | Shandale Gordon v. Bayer Corp., et al. | 10-20307-DRH-PMF |
| CAN 3 10-1989 | Sheila Cline v. McKesson Corp., et al. | 10-20309-DRH-PMF |
| CAN 4 10-1827 | Charlene Williams v. McKesson Corp., et al. | 10-20310-DRH-PMF |
| **NEW JERSEY** | | |
| NJ 2 10-2135 | Kristie Nelson v. Bayer Corp., et al. | 10-20319-DRH-PMF |
| NJ 2 10-2136 | Angel Courtney v. Bayer Corp., et al. | 10-20320-DRH-PMF |
| NJ 2 10-2137 | Megan Pessin, et al. v. Bayer Corp., et al. | 10-20321-DRH-PMF |
| NJ 2 10-2138 | Lorna Murray, et al. v. Bayer Corp., et al. | 10-20322-DRH-PMF |
| NJ 2 10-2224 | Taryn Cudlitz v. Bayer Corp., et al. | 10-20323-DRH-PMF |
| **NEW YORK EASTERN** | | |
| NYE 2 10-295 | Sally K. Wheeler, et al v. Bayer Corp., et al. | 10-20324-DRH-PMF |
| **NEW YORK SOUTHERN** | | |
| NYS 1 09-10381 | Bonnie Benson v. Bayer Corp., et al. | 10-20325-DRH-PMF |
| NYS 1 10-1656 | Antonietta Morelli v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20326-DRH-PMF |
| NYS 1 10-3095 | Katherine Mayo v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20327-DRH-PMF |
| NYS 1 10-3375 | Jasmine Allen v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20328-DRH-PMF |
| **TENNESSEE MIDDLE** | | |
| TNM 3 10-427 | Joni Heady v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20329-DRH-PMF |
| **TENNESSEE WESTERN** | | |
| TNW 2 10-2323 | Samantha Hess-Coker v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20330-DRH-PMF |